**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

BILL OF COSTS

C.A. 09-3241

Caption:           Primepoint v. Primepay Inc.

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost per Page | Cost per Binding | Cost Per Cover | Sales Tax | Total Cost | |
| Docketing Fee $450.00 | | | | | | | | |
| Brief | 12 | 59 | $0.15 | $4.00 | n/a | | $154.20 | |
| Reply Brief | | | | | | | | |
| Appendix | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | TOTAL | $154.20 | $ |

Brief Produced by Reproduction:        ☐        Brief Produced by Photocopy:  ☒
                                                            In House:                            ☒
                                                            Commercial:                        ☐

**Unless document was produced by in house photocopy, receipts must be attached.**

I,   Adam E. Gersh   , do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

/s/ Adam E. Gersh                                                    December 10, 2010
Signature                                                                  Date
Attorney for appellee Primepoint, LLC

**A certificate of service must accompany this form.**

**For Court Use Only**

After review, it is ordered that costs will be taxed in the amount of $_____.

Marcia M. Waldron, Clerk

By: _____
        Deputy Clerk                                            Date: _____

## CERTIFICATION OF SERVICE

I, Adam E. Gersh, certify on this day, the 13th of December 2010, I caused a PDF-version of the Bill of Costs to be electronically transmitted to the Clerk of the United States Court of Appeals for the Third Circuit and to appellant's counsel.


/s/ Adam E. Gersh
Adam E. Gersh, Esquire