UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

January 18, 2011

No. <u>09-3241</u>

PRIMEPOINT, L.L.C.

v.

PRIMEPAY, INC.,

Appellant

(D. N.J. No. 1-06-cv-01551)

Present: MCKEE, <u>Chief Judge</u>

1. Motion by Appellee to Amend Bill of Costs;

2. Response by Appellant in Opposition.

Respectfully,

Clerk/TMM

_____ORDER_____

The foregoing is **DENIED**.

By the Court,

<u>        /s/ Theodore A. McKee</u>

Chief Judge

Dated: June 24, 2015

tmm/cc: Abbe F. Fletman, Esq.
Douglas V. Rigler, Esq.
Adam E. Gersh, Esq.